

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00575-CR

Sakhorn **KHAMSIRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A08-393
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 4, 2014.

_____
Luz Elena D. Chapa, Justice